**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01335-CV

**WESLEY ROEMER, Appellant**

**V.**

**EDD HASKINS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-13-02661**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 18, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID EVANS
          PRESIDING JUSTICE